HERMAN C. JONGEBLOED, as Administrator of the Estate of KATHRYN JONGEBLOED, Deceased, Appellant, v. ERIE RAILROAD COMPANY, Respondent.

Submitted February 17, 1947; decided February 28, 1947.

*William H. Timbers* and *Cleveland C. Cory* for motion. *Arthur A. Beaudry* opposed.

Motion to dismiss appeal denied, with $10 costs. While no constitutional question was urged at the Trial Term, it is sufficient for our jurisdictional purposes that, as here, a substantial constitutional question was properly presented to the Appellate Division and was necessarily involved in its decision.